GIOVANNI GUFFANTI, Suing, etc., v. NATIONAL SURETY COMPANY, Impleaded.— Motion to dismiss appeal denied.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

JOHN R. SLINEY v. BROOKLYN DAILY TIMES, INC.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

ANDREW BISULKA v. LEONARD WEILL.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

CHARLES MULLER v. JOHN XILAS.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

ROBINA WAGNER v. CAROLINE SCHUMACHER.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

EMANUEL FELDMAN v. GUSSIE FELDMAN.— Motion to dismiss appeal granted.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

ASTA ASCHE v. HERMAN ASCHE.— Motion denied.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

WILLIAM H. DARROW v. HOWARD HUMISTON, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

JOSEPH B. MARTINDALE and Others, as Receivers, v. CHARLES DE KAY.— Motion granted.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

ELKHORN VALLEY COAL LAND COMPANY v. EMPIRE COAL AND COKE COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

HARRY ERTISCHEK v. NEW HAMPSHIRE FIRE INSURANCE COMPANY OF MANCHESTER.— Motion for reargument denied.  Motion to go to Court of Appeals granted.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

SEACOAST TRUST COMPANY v. ALEXANDER MUGMAN and Others.— Application granted.  Order signed.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

TEFFT JOHNSON v. WILLIAM FOX VAUDEVILLE COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

M. WITMARK & SONS v. HALL-BERWIN CORPORATION.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.